IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-87-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| TORRICK JOHNTRELLE RODGERS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on two *pro se* motions by defendant. In the first, captioned "motion for appropriate relief" (DE # 65), defendant asserts his Sixth Amendment right was violated at suppression hearing held November 15, 2011, before United States Magistrate Judge William A. Webb based upon the introduction of "inculpatory hearsay." He also contends his Fourth Amendment rights were violated by denial of his suppression motion. In the second motion (DE # 66), defendant requests that he receive his detention hearing transcripts without payment of fees.

Defendant is represented by counsel in this case, thus all motions should be submitted through his attorney. The court also notes that defendant has previously made motion to obtain his detention hearing transcripts in this case (DE # 51), which motion was denied (DE # 52). As regards defendants' motion for appropriate relief, the court has already addressed the issues raised, and adopted the recommendations of the magistrate judge in full (DE # 42).

For the reasons stated, defendant's *pro se* motion is DENIED. Defendant is also advised that as he has benefit of counsel, further *pro se* motions filed may be summarily denied by the court.

SO ORDERED, this the 15th day of February, 2013.

_____
LOUISE W. FLANAGAN
United States District Judge

2