IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTER DIVISION

No. 4:11-CR-87-FL-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TORRICK JOHNTRELLE RODGERS, | ) | |

This matter comes before the court on defendant's *pro se* motion for return of property (DE107). Defendant filed his motion on February 20, 2015. The government has not responded, and the deadline for doing so has passed. However, the court would benefit from the government's response. Accordingly, the government is directed to respond to defendant's motion within **fourteen (14) days** of entry of this order.

SO ORDERED, this 11th day of March, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge