IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO. 4:11-CR-87-FL

| United States of America | ) | |
|---|---|---|
| | ) | REASSIGNMENT ORDER |
| | ) | |
| v. | ) | |
| | ) | |
| Torrick Johntrelle Rodgers | ) | |

At the direction of the Court, and for the continued efficient administration of justice, the magistrate judge assignment in the above captioned case is hereby reassigned to U.S. Magistrate Judge Robert B. Jones, Jr.

SO ORDERED. This the 30th day of March 2015.

Julie Richards Johnston