## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

No. 4:11-CR-00087-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TORRICK JOHNTRELLE RODGERS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court with regard to Defendant's Motion for Discovery, filed on May 11, 2015 [DE-119]. The court held a hearing on Defendant's Motion for Return of Property [DE-106] on April 27, 2015, which was recessed until May 27, 2015, to allow Defendant time to subpoena witnesses. After the first hearing, the court instructed the Clerk of Court to issue five (5) signed but otherwise blank subpoenas to Defendant, in conformity with Fed. R. Civ. P. 45(a)(3). Apr. 27, 2015 Order [DE-117].

Defendant has now returned four (4) completed subpoenas to the Clerk of Court. The subpoena directed to Carl Massey is deficient, as the subpoena does not contain a complete address for that individual. Accordingly, the Clerk of Court is directed to return that subpoena to Defendant and Defendant may correct that deficiency. Based on Defendant's eligibility for appointment of counsel at government expense in his criminal case, Aug. 22, 2011 Order [DE-9], and his incarcerated status, the United States Marshal is directed to serve the remaining subpoenas for Defendant and pay the associated fees and expenses to the witnesses.

In the instant motion, Defendant references a "motion of discovery packet" and asks the court to "send and allow [him] to have [his] discovery." [DE-119]. The Government is directed

to respond to Defendant's motion by close of business on **Friday, May 15, 2015**, to advise the court whether Defendant has served the Government with any discovery requests in connection with his Motion for Return of Property, and the status of the Government's responses to any such requests.

SO ORDERED, this the _11_ day of May 2015.

Robert B. Jones, Jr.

United States Magistrate Judge

2