IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CR-00087-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TORRICK JOHNTRELLE RODGERS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court with regard to Defendant's Motion for Return of Property [DE-106]. The court first held a hearing on Defendant's motion on April 27, 2015, which was recessed until May 27, 2015, to allow Defendant time to subpoena witnesses. The hearing was then reconvened and concluded on May 27, 2015, where the court took the matter under advisement. The parties shall have **three weeks** from the date of this order to submit any supplemental briefing or affidavits in this matter.

SO ORDERED, this the 27 day of May 2015.

Robert B. Jones, Jr.
United States Magistrate Judge