IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CR-87-FL
No. 4:15-CV-207-FL

TORRICK JOHNTRELLE RODGERS,    )
                               )
           Petitioner,         )
                               )       ORDER
     v.                        )
                               )
UNITED STATES OF AMERICA,      )
                               )
           Respondent.         )

For good cause having been shown upon the motion of the Respondent for supplemental briefing, it is hereby

ORDERED that the Respondent have up to and including July 21, 2016, in which to file a supplemental briefing, and for Petitioner to have up to August 11, 2016, to file a supplemental response.

This 23rd day of June, 2016.

*Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge